IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

In Re:  
TARA VEAL HENRY  
347 PLANTATION CIRCLE  
RIVERDALE, GA  30296

Chapter 13  
Case No.: A06-63930-JEM

SSN (1):  XXX-XX-2937

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy J. Whaley, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares under penalty of perjury as follows:

The case was filed on April 05, 2006.  
The plan was confirmed on July 28, 2006.  
The case was DISMISSED AFTER CONFIRMATION on October 23, 2008.  
Number of months from filing to last payment: 27  
Number of months case was pending: 30  
Dividend to unsecured creditors:  85.82%

**RECEIPTS**:  
Total paid by or on behalf of the debtor(s):  $13,435.00

**EXPENSES OF ADMINISTRATION DISBURSED BY TRUSTEE:**

**ATTORNEY FEE:**

SAMPSON-ROBERTS & ASSOCIATES

Fees paid by debtor:  $0.00  
Fees paid through plan:  $2,500.00  
Total Attorney's Fees:  $2,500.00

**FILING FEE:**

CLERK OF COURT OF FILING FEES

Amount Paid:  $0.00

**TRUSTEE FEE:**

Amount Paid:  $578.49

**DISBURSEMENTS TO CREDITORS:**

**UNSECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORAT | U | $5,746.00 | $5,887.22 | $2,241.15 | $0.00 | $2,241.15 |
| ECAST SETTLEMENT CORPORAT | U | $13,285.00 | $11,984.77 | $4,562.36 | $0.00 | $4,562.36 |
| MBNA | U | $8,974.00 | $9,333.31 | $3,553.00 | $0.00 | $3,553.00 |
| UNSECURED TOTALS: | | $28,005.00 | $27,205.30 | $10,356.51 | $0.00 | **$10,356.51** |

| **SUMMARY OF DISBURSEMENTS TO CREDITORS:** | **TOTALS** |
|---|---:|
| **UNSECURED** | $10,356.51 |
| **TRUSTEE FEE** | $578.49 |
| **ATTORNEY FEE** | $2,500.00 |
| **FILING FEE** | $0.00 |
| TOTAL DISBURSEMENTS | $13,435.00 |
| TOTAL RECEIPTS | $13,435.00 |

    The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

Dated:  November 26, 2008

/s/ _____

    Nancy J. Whaley  
    Standing Chapter 13 Trustee  
    State Bar No. 377941  
    303 Peachtree Center Avenue, NE  
    Suite 120  
    Atlanta, GA 30303

# CERTIFICATE OF SERVICE

Case No:  A06-63930-JEM

This is to certify that I have this day served:


SAMPSON-ROBERTS & ASSOCIATES,   ATTORNEY
1233-B EAGLES LANDING PARKWAY
STOCKBRIDGE, GA  30281

TARA VEAL HENRY
347 PLANTATION CIRCLE
RIVERDALE, GA  30296


In the foregoing matter with a copy of the Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


Dated:  November 26, 2008




/s/_____
    Nancy J. Whaley
    Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201